**SENDER:** ***COMPLETE THIS SECTION***

- Complete items 1 ...
- Print your ... reverse ... you.
- Attach ... the back of the mailpiece, or on the front if space permits.

Attorney General, Commonwealth of K...
Office of Criminal Appeals
1024 Capital Center Drive
Frankfort, KY 40601
1-26-cv-99-JHM-HBB DNs 1, 5, 6, 8, 9, 10 and 11

9590 9402 9327 5002 8160 29

2. Article Number *(Transfer from service label)*

9589 0710 5270 3683 7782 01

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

...address different from item 1? ☐ Yes
...er delivery address below: ☐ No

FILED
JAMES J. VILT, JR. - CLERK
OCT 19 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
... Mail
... Mail Restricted Delivery
...0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

LOUISVILLE KY 400
16 OCT 2026 PM 3 L

9590 9402 9327 5002 8160 29

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Clerk, United States District Court
423 Frederica Street, Room 126
Owensboro, KY 42301