Rex Melton 104737
Dismas Charities St. Patrick
1301 West Market Street
Louisville KY 40203

FILED
JAMES J. VILT, JR. - CLERK
NOV - 4 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

November 1, 2026

Office Of The Clerk
United States District Court
Room 126 Federal Building
423 Frederica
Owensboro KY 42301-3013

RE: Case Number: 1:26-cv-99-JHB-HBB
Reaffirm Address Change

Dear Clerk:

My sister has advised me to the effect that she checked the status of my case and that there was some issue concerning my address change pending. To what effect, I don't know, but I'm writing this letter to state that I should be at the address above for at least 90 days. Thank you.

Rex Melton

Rex Melton 104737
Dismas Charities St. Patrick
1301 West Market Street
Louisville KY 40203
Case No: 1:26-CV-99-JHB-HBB

LOUISVILLE KY 400
2 NOV 2026 PM 2 L




Office Of The Clerk
United States District Court
Room 126 Federal Building
423 Frederica
Owensboro KY 42301-3013

42301-301326